

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2022

No. 04-22-00123-CV

Kiera **MATHIS**,
Appellant

v.

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI13518
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
           Patricia O. Alvarez, Justice
           Lori I. Valenzuela, Justice

On May 25, 2022, appellant filed "Appellant's Motion for Emergency Relief and Permanent Injunction." The motion requests this court permanently enjoin appellee from "any further misrepresentation of false or fraudulent claims of sexual abuse or trafficking concerning the appellant and her offsprings [sic] to any court."

This Court has limited injunctive powers. *See In re Caldwell*, No. 03-20-00181-CV, 2020 WL 1682600, at *1 (Tex. App.—Austin Apr. 7, 2020, no pet.). We have "no original jurisdiction to grant writs of injunction, except to prevent the invasion of [our] jurisdiction over the subject-matter of a pending appeal, or to prevent an unlawful interference with the enforcement of [our] judgments and decrees." *Id.*; *see also* TEX. GOV'T CODE § 22.221 ("Each court of appeals or a justice of a court of appeals may issue a writ of mandamus and all other writs necessary to enforce the jurisdiction of the court."). Appellant's motion does not seek to prevent another party's (1) invasion of our jurisdiction over the subject-matter of the pending appeal or (2) interference with a previous judgment from this court. Accordingly, we lack jurisdiction to issue the requested relief, and the motion is DENIED. We express no opinion on the merits of the underlying appeal.

_____
Lori I. Valenzuela, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2022.



_____
Michael A. Cruz,
Clerk of Court